**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jorge JIMENEZ–CHICO, Defendant— Appellant.**

No. 03–10124, 03–10175.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 8, 2003.*

Decided Dec. 11, 2003.

Bruce M. Ferg, DAG, Anne E. Mosher, Esq., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Richard B. Jones, Esq., Law Office of Richard B. Jones, Tucson, AZ, for Defendant–Appellant.

Before GOODWIN, WALLACE, and MCKEOWN, Circuit Judges.

MEMORANDUM **

Jorge Jimenez–Chico appeals the district court's decision to sentence him to serve two terms of imprisonment consecutively rather than concurrently, following the Sentencing Guidelines. *See* U.S.S.G. § 7B1.3(f).

Because the district court considered the independent reports and the parties' arguments and decided in its discretion that the "direction of the Sentencing Commission" deserved "respect" in this particular case, we conclude that the district court was aware of its authority and was simply not persuaded to depart.

AFFIRMED.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.